UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michelle Reyes Granados,<br><br>                    Plaintiff,<br>      v.<br><br>Atlantic Recovery Solutions, LLC; and DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.:  1:19-cv-00134-LJV |

# NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 25, 2019

>                                 Respectfully submitted,
>
>                                 PLAINTIFF, Michelle Reyes Granados
>
>                                 /s/ Sergei Lemberg
>
>                                 Sergei Lemberg, Esq. (SL 6331)
>                                 **LEMBERG LAW, L.L.C.**
>                                 43 Danbury Road
>                                 Wilton, CT 06897
>                                 Telephone: (203) 653-2250
>                                 Facsimile:  (203) 653-3424
>                                 slemberg@lemberglaw.com
>                                 Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sergei Lemberg

      Sergei Lemberg